UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. **JAMIL THOMPSON a/k/a JAMAR THOMPSON**

CRIM. NO.: **11-525 (SDW)**

## PETITION FOR
## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum   ( ) Ad Testificandum

1. **Jamil Thompson a/k/a Jamar Thompson,** DOB: 11/23/1980; SBI#: 333616C; FBI#: 497291HB9 (hereinafter the "Detainee") is now confined at:

**PASSAIC COUNTY JAIL**

2. The Detainee is charged in this District for: plea hearing

3. The Detainee will be returned to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at the MARTIN LUTHER KING JR FEDERAL BUILDING & COURTHOUSE, 50 WALNUT STREET, NEWARK, NEW JERSEY, before the Hon. Susan D. Wigenton, U.S.D.J., on **May 7th, 2012 at 10:00 a.m**, for PLEA HEARING in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: April 26, 2012

FABIANA PIERRE-LOUIS
Assistant United States Attorney
Petitioner

# ORDER

Let the Writ Issue.

DATED: April 30, 2012

_____
Hon. Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the PASSAIC COUNTY JAIL:

WE COMMAND YOU that you have the body of

**JAMIL THOMPSON a/k/a JAMAR THOMPSON**

now confined at the PASSAIC COUNTY JAIL, brought before the United States District Court, the Hon. Susan D. Wigenton, U.S. DISTRICT JUDGE, "King Building", Newark, NJ 07102 on **May 7, 2012 at 10:00 a.m.**, for PLEA HEARING in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

> WITNESS the Honorable Susan D. Wigneton
> United States District Judge
> Trenton, New Jersey.

DATED:                              WILLIAM T. WALSH
                                    Clerk of the U.S. District Court
                                    for the District of New Jersey

                                    Per: _____
                                         Deputy Clerk